No. 84–1341. DUQUESNE LIGHT CO. ET AL. *v.* STATE TAX DEPARTMENT OF WEST VIRGINIA ET AL. Sup. Ct. App. W. Va. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.